# EXHIBIT A

## NDC Domains

1. nationaldiversitycouncil.org
2. nationaldiversityconsulting.org
3. nationaldiversitycouncilregistration.org
4. ndccertificationprogram.org
5. ndcawards.org
6. ndcexecutivecertification.org
7. ndccertificationprogram.org
8. ndcmail.org
9. ndcgraduatenetwork.org
10. ndcindex.org
11. ndcnews.org
12. ndcstore.org
13. ndctoolkit.org
14. ndcvirtualsuite.org
15. ncrje.org
16. arizonadiversitycouncil.org
17. blackmeninleadershipsummit.org
18. clwe.org
19. coloradodiversitycouncil.org
20. diversitycouncilpics.org
21. floridadiversitycouncil.org
22. georgiadiversitycouncil.org
23. globaldiversitycouncil.org
24. healthcarediversitycouncil.org
25. healthcarediversityconference.org
26. illinoisdiversitycouncil.org
27. michigandiversitycouncil.org
28. ohiodiversitycouncil.org
29. pacificnorthwestcouncil.org
30. padiversitycouncil.org
31. tristatediversitycouncil.org
32. wilsymposium.com
33. ywlsymposium.com