

# NDC Q3 BOD Meeting

August 26, 2021
10-11am CT

Zoom Meeting ID: 832 3996 9553
Passcode: NDC



# Agenda

1) **Call to Order & Roll Call** – Sofia Anthony
   - Opening Remarks – Angeles Valenciano
     - Q1 2022 In Person Meeting
   - Welcome New Board of Director – Michelle Dolberry (American Express)
   - Q2 Minutes & Strategic Goals – Sofia Anthony

2) **National BOD Committee Updates**
   - Finance – Rodney Morris
   - Fundraising
   - Marketing & Communications – Jenny Greminger
   - Partner Engagement & Retention – Nate Bennett

3) **Finance Update** – Jason deGroot

4) **National Healthcare DEI Conference** – Angeles Valenciano & Dr. James Taylor

5) **Distinction between NDC & D&L** – Dennis Kennedy & Sofia Anthony

6) **CDP Program, Virtual Suite, Index & Executive Certification** – Cecilia Orellana-Rojas

7) **Closing Remarks** – Dennis Kennedy

# Distinction between NDC and D&L Initiatives



# NDC Programs & Initiatives

**NDC Entity:** 501c3

**Events:**
- Asian American Pacific Islander Leadership Summit
- Authentic Leadership Summit
- Black Men in Leadership Summit
- Business of Diversity & Inclusion
- Chapter Meetings (i.e., Lunch 'n Learns, Advisory Board Meetings)
- DEI Best Practice Roundtable
- Disability Inclusion Summit
- Generational Diversity Summit
- Healthcare Diversity Conference
- LGBTQ+ Unity Summit
- Latino Leadership Conference
- Veterans Summit
- Women in Leadership Symposium
- Young Women's Leadership Symposium

**Initiatives**
- Council for Latino Workplace Equity
- Global Diversity Council
- Healthcare Diversity Council
- NDC Emerging Leaders Internship Program
- National Coalition for Racial Justice and Equity

**Resources**
- Disability Inclusion Academy
- DiversityFIRST™ Certification Program
- DiversityFIRST™ ERG Academy
- DiversityFIRST™ Toolkit
- DiversityFIRST™ Virtual Suite
- NDC Consulting and Training
- NDC Index

**Awards**
- Authentic Leader Award
- Disability Ally Award
- Disability Leadership Award
- Healthcare DEI Award
- LGBTQ+ Ally Award
- LGBTQ+ Leadership Award
- National Latino Leaders Award

