# EXHIBIT C

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 90590562
Filing Date: 03/19/2021

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| MARK INFORMATION | |
| *MARK | NATIONAL DIVERSITY AWARDS |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | NATIONAL DIVERSITY AWARDS |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Kennedy, Randolph Dennis |
| DBA/AKA/TA/FORMERLY | AKA Dennis Kennedy |
| *MAILING ADDRESS | 2406 Bayfront Dr. |
| *CITY | Pearland |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 77584 |
| *EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | http://diversityawards.org |
| LEGAL ENTITY INFORMATION | |
| *TYPE | INDIVIDUAL |
| * COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| *INTERNATIONAL CLASS | 041 |

| | |
|---|---|
| *IDENTIFICATION | Providing recognition and incentives by the way of awards to demonstrate excellence in the field of **diversity and inclusion** |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/01/2012 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/2012 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-2601248440398b0b1f8a e9513642c44-2021031915324 7197601_._National_Divers ity_Awards_Website_Screen shots.pdf |
| CONVERTED PDF FILE(S) (14 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\905\90590562\xml1\ FTK0016.JPG |
| SPECIMEN DESCRIPTION | Website screenshots |
| WEBPAGE URL | http://diversityawards.org/awards/ |
| WEBPAGE DATE OF ACCESS | 03/18/2021 |
| ADDITIONAL STATEMENTS INFORMATION | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION | |

| | |
|---|---|
| (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Nijm Ramsey |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Ramsey IP Law |
| STREET | 16107 Kensington Dr. #356 |
| CITY | Sugar Land |
| STATE | Texas |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 77479 |
| PHONE | 713-364-5347 |
| EMAIL ADDRESS | nijm@ramseyiplaw.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Nijm Ramsey |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | nijm@ramseyiplaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Nijm Ramsey/ |
| * SIGNATORY'S NAME | Nijm Ramsey |
| * SIGNATORY'S POSITION | Attorney of record |
| SIGNATORY'S PHONE NUMBER | 713-364-5347 |
| * DATE SIGNED | 03/19/2021 |
| SIGNATURE METHOD | Signed directly within the form |