# EXHIBIT E

| | |
|---|---|
| **From:** | Mark Christensen |
| **To:** | Jason Lee |
| **Cc:** | Jonathan Blum; Jason Weber; Rodney Morris; Sofia Anthony |
| **Subject:** | Immediate Suspension of Services with National Diversity Council |
| **Date:** | Thursday, January 26, 2023 5:13:53 PM |

**EXTERNAL EMAIL**   mark.christensen@nationaldiversitycouncil.org



**Confidential Communication**

Jason,

As you are aware, on January 22, 2023, you were instructed by National Diversity Council ("NDC") to immediately suspend Dennis Kennedy's, Ángeles Valenciano's, and Jason deGroot's access to NDC's Google workspace. At approximately 8:28 pm that same day, you confirmed by email that their Google workspace access had been successfully suspended. NDC has since discovered that approximately 30 minutes later, you temporarily restored Dennis' access to NDC's Google workspace logs and did so despite recognizing that (1) the Google workspace account was owned and operated by NDC; (2) the Google workspace account stored information related to NDC and Dennis regained access to this material by having his Google workplace access restored; and (3) no one at NDC gave you permission to restore Dennis' access to this account.

Based on these events, NDC is regrettably suspending (but not terminating) its engagement of your services, effective immediately, pending further investigation of this matter. While we appreciate your longstanding relationship with NDC and are grateful for your service, we cannot continue to engage your services—at least for now—based on the information known to date. Accordingly, effective immediately, unless and until otherwise instructed by an authorized representative of NDC in writing:

(1)   your access credentials to your NDC email account and electronic workspaces are being suspended and under no circumstances should you access, modify, alter, delete, or destroy any material on your NDC email account or electronic workspaces (including Google Workspace);

(2)   you are released of all duties and responsibilities as an IT contractor of NDC and you have no authority to act on behalf of NDC;

(3)   you may not hold yourself out as an authorized agent or representative of NDC in connection with any organization matters impacting NDC;

(4)   you may not communicate with any employees or former employees of NDC—including, but not limited to, Dennis—about your suspension, the aforementioned pending investigation, or any nonpublic information that you have acquired in the course of your engagement with NDC;

(5)   you must immediately preserve—and not destroy—all communications (including text messages) that you have exchanged with any employees of NDC, including, but not limited to Dennis, Ángeles, and Jason (deGroot); and

(6)   you must immediately return all NDC property in your possession or control, by no later than January 30, 2023.

Finally, please provide me with timesheets documenting all hours for your services that have not yet been invoiced so that we may process this for payment to you.

Thank you in advance for your immediate attention to this matter.

**Mark Christensen, SPHR**
Human Resource Manager

**National Diversity Council**
c: 713-907-3439
mark.christensen@nationaldiversitycouncil.org

www.NationalDiversityCouncil.org