# EXHIBIT F

# Holland & Knight

One Arts Plaza 1722 Routh Street, Suite 1500 | Dallas, TX 75201 | T 214.969.1700 | F 214.969.1751
Holland & Knight LLP | www.hklaw.com

Justin S. Cohen
214.969.1211
Justin.Cohen@hklaw.com

March 30, 2023

**Via email (bperry@burfordperry.com)**

Brent C. Perry
Burford Perry LLP
909 Fannin St., Suite 2630
Houston, Texas 77010

  Re: Demand to Cease and Desist

Dear Mr. Perry:

  As you know, we and Polsinelli PC represent the National Diversity Council ("NDC") with respect to the various legal issues between NDC and R. Dennis Kennedy. We have reviewed your purported cease and desist letter that was addressed to my co-counsel, Jonathan Blum and Jason Weber. Your letter alleged that "NDC's license to use the [61] domains" you listed has been "revoked." However, Mr. Kennedy does not own most—if not all—of these domains. The fact that he registered them and currently controls them via his GoDaddy account is in no way dispositive on the issue of ownership. In fact, many, if not all, were paid for using NDC's funds. Notably, while my co-counsel requested evidence that Mr. Kennedy paid for these domain names, client has filed to provide any such documentation. It appears clear that NDC paid for these domain names and their associated websites, as well as all website hosting costs. As you know, there is no license agreement between Mr. Kennedy and NDC regarding these domain names. Nor would there be since Mr. Kennedy does not own any of NDC's domain names, websites, or any other NDC property. As a co-founder and former board chair and employee of NDC, all of Mr. Kennedy's activities should have been in furtherance of the interests of NDC. Under the law, based on his fiduciary obligations and the nature of his employment, at least the following domain names listed on page 2 below are the property of NDC.

  It has come to our attention that Mr. Kennedy is actively harming NDC by intentionally allowing NDC's domain names to expire, and also changing the website pointers (DNS records), which is disabling NDC's websites. In order to maintain the status quo, this activity must cease immediately. Further, Mr. Kennedy must take steps to safeguard NDC's property and stop disrupting NDC's business operations.

  By COB on March 31, please confirm that Mr. Kennedy will comply with the following with respect to the domain names listed below:

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville
Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland | San Francisco
Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Brent C. Perry
March 30, 2023
Page 2

1. Cease and desist from making any further changes to any of any of these domain names, including by changing DNS records or transferring them;
2. Promise to pay all renewal fees for these domain names;
3. Restore the ndctoolkit.org, clew.org, globaldiversitycouncil.org, and nationaldiversityconsulting.org domain names by paying the renewal fees and changing the DNS records back to where they were at the time of Mr. Kennedy's departure from NDC; and
4. Refrain from making any changes to any websites associated with these domain names without the prior agreement of NDC.

Here is the list of NDC's domain names that are subject to this letter. NDC reserves the right to address other domain names in the future:

1. nationaldiversitycouncil.org
2. ndccertificationprogram.org
3. ndcawards.org
4. ndcexecutivecertification.org
5. ndccertificationprogram.org
6. nationaldiversityconsulting.org
7. ncrje.org
8. ndcgraduatenetwork.org
9. ndcindex.org
10. ndcnews.org
11. ndcstore.org
12. ndctoolkit.org
13. ndcvirtualsuite.org
14. arizonadiversitycouncil.org
15. blackmeninleadershipsummit.org
16. californiadiversitycouncil.org
17. clwe.org
18. coloradodiversitycouncil.org
19. diversitycouncilpics.org
20. floridadiversitycouncil.org
21. georgiadiversitycouncil.org
22. globaldiversitycouncil.org
23. healthcarediversitycouncil.org
24. healthcarediversityconference.org
25. illinoisdiversitycouncil.org
26. michigandiversitycouncil.org
27. ohiodiversitycouncil.org
28. pacificnorthwestcouncil.org
29. padiversitycouncil.org
30. tristatediversitycouncil.org
31. wilsymposium.com
32. ywlsymposium.com

Please confirm that Mr. Kennedy will comply by COB on March 31.

Sincerely yours,

HOLLAND & KNIGHT LLP

*Justin S. Cohen*

Justin S. Cohen