# EXHIBIT G

**From:** Erica Fauser <efauser@burfordperry.com>
**Sent:** Saturday, April 1, 2023 2:42 PM
**To:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>
**Cc:** Brent Perry <bperry@burfordperry.com>; Blum, Jonathan (DFW - X61192) <Jonathan.Blum@hklaw.com>; Jason Weber <JWeber@polsinelli.com>; Seward, Amanda C (DAL - X61615) <Amanda.Seward@hklaw.com>; Isaac Treadaway <itreadaway@polsinelli.com>; McKenney, Dina W (DAL - X61757) <Dina.McKenney@hklaw.com>
**Subject:** Re: National Diversity Council / Texas Diversity Council / Kennedy

*[External email]*
Justin,

Thanks for taking our call yesterday.

It is our client's position that he owns all domains identified in your March 30, 2023 letter. That said, he has informed me that he will agree to not change, manipulate, or alter the NDC sites or the DNS information of those sites, and he will not allow any NDC websites to expire or to be abandoned, and he will continue to pay the renewal fees for the next thirty (30) days for the following domains:

1. nationaldiversitycouncil.org
2. ndccertificationprogram.org
3. ndcawards.org
4. ndcexecutivecertification.org
5. ndccertificationprogram.org
6. nationaldiversityconsulting.org
7. ncrje.org
8. ndcgraduatenetwork.org
9. ndcindex.org
10. ndcnews.org
11. ndcstore.org
12. ndctoolkit.org
13. ndcvirtualsuite.org

This agreement however comes with the understanding that Dennis is in no way relinquishing his claim to ownership of those domains. It also comes with the expectation that the NDC will begin turning over all non-NDC domains to Dennis ASAP. These 260 domains were referenced in my March 2 email to Jason Weber, Jonathan Blum, and Isaac Treadaway. To date, the NDC has yet to permit Dennis access to these sites. It has been nearly a month since we

initially made our request to the NDC to turn over this information and access so that Dennis can continue his other diversity-centered business ventures. The process itself will take approximately two weeks for Dennis' IT to copy over the websites from the NDC server/workspace to a separate server/workspace owned by Dennis and/or Diversity & Leadership, Inc. and I am told that the NDC will not lose access to these sites, so I'm not sure why it is unwilling to allow Dennis to access. As I explained in my call, my client is working with me and GoDaddy to provide me proof of ownership and payment for these domains.

He also requests that NDC refrain from accessing his GoDaddy account without his knowledge or consent. Can the NDC agree to refrain from doing this as well?

## Please call my cell to discuss if needed: 832-788-4263.

Sent from iPhone.

Thank you,

**Erica E. M. Fauser**
Associate



Burford Perry, LLP
2 Houston Center | 909 Fannin St., Ste 2630
Houston, Texas 77010
(Main) 713-401-9790, Ext. 2201 | (Fax) 713-993-7739
Website

THIS ELECTRONIC MAIL TRANSMISSION (INCLUDING ANY AND ALL ATTACHMENTS) IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY RETURN IT TO THE SENDER. UNINTENDED TRANSMISSION SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT OR ANY OTHER PRIVILEGE.

On Apr 1, 2023, at 12:10, Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com> wrote:

Erica, Brent - thank you for the calls yesterday. I'm hopeful we can avoid a TRO hearing. However, we need the specifics from Mr. Kennedy on what he's willing to agree to in response to my letter. When can we expect a written response?

Thank you,

~Justin

**From:** Erica Fauser <efauser@burfordperry.com>
**Sent:** Friday, March 31, 2023 12:18 PM
**To:** Cohen, Justin S (DAL - X61211) <Justin.Cohen@hklaw.com>; Brent Perry <bperry@burfordperry.com>
**Cc:** Blum, Jonathan (DFW - X61192) <Jonathan.Blum@hklaw.com>; Jason Weber <JWeber@Polsinelli.com>; Seward, Amanda C (DAL - X61615) <Amanda.Seward@hklaw.com>; Isaac Treadaway <itreadaway@polsinelli.com>
**Subject:** RE: National Diversity Council / Texas Diversity Council / Kennedy

[External email]
Justin and Jason,

We are working with our client on our response. We will be in touch later today.