IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| NATIONAL DIVERSITY COUNCIL,<br><br>    Plaintiff,<br><br>vs.<br><br>R. DENNIS KENNEDY, JASON DEGROOT, ANGELES VALENCIANO, JASON LEE, DIVERSITY & LEADERSHIP, INC., CALIFORNIA DIVERSITY COUNCIL,<br><br>    Defendants. | CASE NO. 4:23-CV-01162<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' JOINT STATUS REPORT**

1.      On February 10, 2025, the Court requested status from the parties. Following from that request, counsel for Defendants Angeles Valenciano and Jason DeGroot represented that she would confer with all of the counsel and they together would present a joint status report.

2.      On February 11, 2025, counsel for all Defendants jointly proposed a conference at 4:00 p.m. via zoom, and an invitation was circulated. Counsel for Plaintiff declined to participate in that conference, stating that Plaintiff will file their own report with the court.

3.      In hopes that counsel for Plaintiff would appear, counsel for all Defendants nevertheless appeared at the appointed time for the zoom call and held the "line" open until 4:30 p.m. Plaintiff's counsel failed to appear or participate.

4.      As such, the Defendants do not have a joint status to share with Court, other than to state their understanding that the NDC has publicly represented that it is in the process of

winding down and is actively looking for buyers to acquire or purchase the assets of the NDC. The NDC's operations and assets, of course, are at issue in this litigation.

5. As such, counsel for all Defendants request that this Court set a formal status conference.

Respectfully submitted,

CONKLIN STERNFELS PETTY, PLLC

By: */s/ Melissa Nicholson Sternfels*
 Melissa Nicholson Sternfels
 Texas Bar No. 24037181
 901 Heights Boulevard
 Houston, Texas 77008
 Melissa@thecspfirm.com
 Direct Dial: 713.997.2416
 Fax: 713.660.1801

**ATTORNEY FOR DEFENDANTS JASON DEGROOT AND ANGELES VALENCIANO**

GREENBERG TRAURIG, LLP

By: */s/ Dwayne Mason*
 Dwayne L. Mason
 State Bar No. 00787977
 Email: masonDl@gtlaw.com
 Ira R. Hatton
 State Bar No. 24054282
 Email: hattoni@gtlaw.com
 1000 Louisiana Street, Suite 6700
 Houston, Texas 77002
 Tel. 713-374-3500 Fax 713-374-6605

**COUNSEL FOR DEFENDANTS R. DENNIS KENNEDY, JASON LEE, DIVERSITY & LEADERSHIP, INC., AND CALIFORNIA DIVERSITY COUNCIL**

## **CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served to all parties/attorneys of record in this cause of action via ECF e- filing requirements on February 12, 2025.

*/s/  Melissa Nicholson Sternfels*
Melissa Nicholson Sternfels