# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATIONAL DIVERSITY COUNCIL,<br><br>  Plaintiff,<br><br>vs.<br><br>R. DENNIS KENNEDY, JASON DEGROT, ANGELES VALENCIANO, JASON LEE, DIVERSITY & LEADERSHIP, INC., CALIFORNIA DIVERSITY COUNCIL,<br><br>  Defendants. | CASE NO. 4:23-CV-01162<br><br>JURY TRIAL DEMANDED |

## NATIONAL DIVERSITY COUNCIL'S SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that on March 17, 2025, on behalf of National Diversity Council, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered a Voluntary Petition for Non-Individual Filing for Bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"). *See attached Exhibit "A."*

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the filing of the bankruptcy petition operates as an automatic stay of "the commencement or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor

that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

PLEASE TAKE FURTHER NOTICE that the Debtor reserves its right to bring an action in the Bankruptcy Court for any violation of the automatic stay under section 362(a) of the Bankruptcy Code.

March 27, 2025.

Respectfully submitted,

**RESNICK & LOUIS, P.C**

By: *Rhonda M. Mills*

**RHONDA M. MILLS**
**State Bar No. 00791543**
Email: rmills@rlattorneys.com
17806 IH-10 West, Ste. 300
San Antonio, Texas 78257
(210) 319-4546 Telephone
For Service: mail@rlattorneys.com

**ATTORNEY FOR NATIONAL DIVERSITY COUNCIL**

## CERTIFICATE OF SERVICE

I hereby certify on the 27th day of March 2025 that this filing was electronically filed using the Court's ECF electronic filing system and was served on all parties' attorney(s) of record who have made an appearance and have registered as filing users through the system's Notice of Electronic Filing.

_____
**RHONDA M. MILLS**