United States District Court
Southern District of Texas
**ENTERED**
March 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| National Diversity Council §<br>Plaintiff, §<br>§<br>v. §    Civil Action H-23-1162<br>§<br>R. Dennis Kennedy, et al., §<br>Defendants §<br>§ | |

## ORDER

On March 27, 2025, a suggestion of bankruptcy was filed by Plaintiff National Diversity Council. ECF No. 102. Pending the outcome of the bankruptcy, this case is administratively closed. The parties are granted leave to move to reinstate the case if and when it is appropriate.

Signed at Houston, Texas, on March 28, 2025.

_____
Peter Bray
United States Magistrate Judge